Jeffrey S. Gerardo #146508
Steven M. Dailey #163857
Antoinette P. Hewitt # 181099
Kutak Rock LLP
18201 Von Karman, Suite 1100
Irvine, CA 92612
Telephone:  (949) 417-0982
Facsimile:  (949) 417-5394
Email:      Jeffrey.Gerardo@KutakRock.com
Email:      Steven.Dailey@KutakRock.com
Email:      Antoinette.Hewitt@KutakRock.com

Attorneys for Defendants
WELLS FARGO HOME MORTGAGE, A
DIVISION OF WELLS FARGO BANK, N.A.

**NOTE CHANGES MADE BY THE COURT.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONG WOL KIM, individual<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., organized and existing under the laws of the United States of America; and DOES 1 through 10, inclusive.<br><br>Defendant. | Case No. 2:09-cv-01829-RGK-(CTx)<br><br>Assigned for all purposes to:<br>Honorable R. Gary Klausner<br>Ctrm.: 850<br><br>Referred to:<br>Honorable Carolyn Turchin<br>Ctrm.: 590<br><br>~~PROPOSED~~ JUDGMENT<br><br>Complaint Filed: March 17, 2009 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the unopposed Motion of Defendant WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A. ("Wells Fargo") for Judgment on the Pleadings having been granted by the Honorable Gary Klausner on November 16, 2009 as to each and every cause of action contained within the subject Complaint:

4822-8265-9845.1
14617-112

- 1 -

**IT IS HEREBY ORDERED** as to Plaintiff's federal claims ✓

That a judgment of dismissal with prejudice be entered in favor of Defendant WELLS FARGO BANK, N.A. and against Plaintiff DONG WOL KIM;

The remaining state claims are dismissed without prejudice for lack of subject matter jurisdiction.

**IT IS SO ORDERED:**

Dated: ~~, 2009~~ [FEB -5 2010]

_____
**HONORABLE R. GARY KLAUSNER**

Kutak Rock LLP
Attorneys At Law
Irvine

4822-8265-9845.1
14617-112

- 2 -

PROPOSED JUDGMENT